Rebecca Grey (State Bar No. 194940)
THE GREY LAW FIRM, P.C.
235 Montgomery Street, Suite 1101
San Francisco, California 94104
Telephone: (415) 262-9926
Facsimile: (415) 262-9981
E-mail: grey@greylaw-sf.com

*Attorneys for Plaintiff*
LUCIA WILLOW

Douglas A. Scullion (State Bar No. 215339)
Seth J. Manfredi (State Bar No. 260893)
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-0361
Facsimile: (415) 882-0300
Email: douglas.scullion@snrdenton.com

*Attorneys for Defendants*
THE LINCOLN NATIONAL LIFE INSURANCE
COMPANY; PANDORA MEDIA INC. LONG
TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA WILLOW,<br><br>            Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, PANDORA MEDIA, INC. LONG TERM DISABILITY PLAN,<br><br>            Defendants.<br>_____ | Case No. 3:12-cv-06453-WHA<br><br>STIPULATION [AND ORDER] REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

    For the reasons set forth below, the parties respectfully request that the Court permit a continuance of the following recently scheduled deadlines:

    Rebecca Grey, attorney for Plaintiff Lucia Willow, will be on medical leave for two weeks beginning on

-1-

1  March 25, 2013.

2      For the foregoing reasons, IT IS HEREBY STIPULATED by and between the parties hereto through
3  their respective attorneys of record that the currently scheduled March 28, 2013 Case Management Conference
4  be continued to April 18, 2013.

7  Dated:  March 21 , 2013            THE GREY LAW FIRM, PC

9                          By:  /s/ Rebecca Grey
10                             Rebecca Grey
                               Attorney for Plaintiff
11                             LUCIA WILLOW

13  Dated:  March 21 , 2013             SNR DENTON USLLP

15                          By: :  /s/ Douglas Scullion
                               Douglas A. Scullion
                               Attorney for Defendants
16                             THE LINCOLN NATIONAL LIFE
                               INSURANCE COMPANY; PANDORA
17                             MEDIA INC. LONG TERM DISABILITY
                               PLAN

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  NO FURTHER CONTINUANCES WILL BE ENTERTAINED.

25  Dated:  March 22, 2013.



Judge William H. Alsup

IT IS SO ORDERED AS MODIFIED

STIPULATION [AND ORDER] REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE    Case No. 3:12-cv-06453-WHA