AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

LUCIA WILLOW

                        Plaintiff (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, PANDORA MEDIA INC. LONG TERM DISABILITY PLAN

CASE NUMBER: 3:12-CV-06453-WHA

                        Defendant (s),

Notice is hereby given that, subject to approval by the court, **The Lincoln National Life Ins. Co.** substitutes
(Party (s) Name)

**Douglas A. Scullion - SNR Denton US LLP**, State Bar No. **215339** as counsel of record in
(Name of New Attorney)

place of **Douglas A. Scullion - Gordon & Rees.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          SNR Denton US LLP

    Address:             525 Market Street, 26th Floor, San Francisco, CA 94105

    Telephone:         415-882-5000            Facsimile 415-882-0300

    E-Mail (Optional):    douglas.scullion@snrdenton.com

I consent to the above substitution.

Date:     February 27, 2013

Charles D. Cunningham
The Lincoln National Life Insurance Company
_____
(Signature of Party (s))

Douglas A. Scullion
Gordon & Rees

I consent to being substituted.

Date:     February 27, 2013

_____
(Signature of Former Attorney (s))
Douglas A. Scullion -SNR Denton US LLP

I consent to the above substitution.
Date:     February 27, 2013

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     March 29, 2013.

_____
William Alsup
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com