AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| LUCIA WILLOW | |
| Plaintiff(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, PANDORA MEDIA INC. LONG TERM DISABILITY PLAN | CASE NUMBER: 3:12-CV-06453-WHA |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __The Lincoln National Life Ins. Co.__ substitutes
(Party(s) Name)

__Douglas A. Scullion - SNR Denton US LLP__, State Bar No. __215339__ as counsel of record in
(Name of New Attorney)

place of __Douglas A. Scullion - Gordon & Rees.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | SNR Denton US LLP |
| Address: | 525 Market Street, 26th Floor, San Francisco, CA 94105 |
| Telephone: | 415-882-5000    Facsimile 415-882-0300 |
| E-Mail (Optional): | douglas.scullion@snrdenton.com |

I consent to the above substitution.

Date:   February 27, 2013

Charles D. Cunningham
The Lincoln National Life Insurance Company

_(signature)_
(Signature of Party(s))
Douglas A. Scullion
Gordon & Rees

I consent to being substituted.

Date:   February 27, 2013

_(signature)_
(Signature of Former Attorney(s))
Douglas A. Scullion -SNR Denton US LLP

I consent to the above substitution.
Date:   February 27, 2013

_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    March 29, 2013.

_(signature)_
William Alsup
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com