**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCIA WILLOW,

        Plaintiff,

    v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,
PANDORA MEDIA, INC.,
LONG TERM DISABILITY PLAN,

        Defendants.

No. C 12-06453 WHA

**ORDER REFERRING CASE
TO PRIVATE MEDIATION**

The Court **GRANTS** the parties' stipulation for private mediation by Robert Kaplan.
The private mediation must be completed by **AUGUST 16, 2013**.

    **IT IS SO ORDERED.**

Dated:  April 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE