IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCIA WILLOW,

    Plaintiff,

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,
PANDORA MEDIA, INC.,
LONG TERM DISABILITY PLAN,

    Defendants.

No. C 12-06453 WHA

**ORDER REFERRING CASE TO PRIVATE MEDIATION**

The Court **GRANTS** the parties' stipulation for private mediation by Robert Kaplan. The private mediation must be completed by **AUGUST 16, 2013**.

**IT IS SO ORDERED.**

Dated: April 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE