1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   LUCIA WILLOW,                                No. C 12-06453 WHA

11              Plaintiff,

12       v.                                       **ORDER DENYING
                                                  STIPULATED EXTENSION**
13   THE LINCOLN NATIONAL LIFE
     INSURANCE COMPANY, et al.,
14
15              Defendants.
                                           /
16
17          The parties request an extension of the summary judgment deadlines in this action.  The

18   parties' desire to conduct a mediation session in late July does not justify extending the

19   scheduling order deadlines by more than a month.  Good cause not shown, the request is

20   **DENIED**.

21
22          **IT IS SO ORDERED.**

23
24   Dated:   June 10, 2013.
                                              _____
25                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE
26
27
28

**United States District Court**
For the Northern District of California