IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCIA WILLOW,

      Plaintiff,

  v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY, et al.,

      Defendants.

No. C 12-06453 WHA

**ORDER DENYING
STIPULATED EXTENSION**

      The parties request an extension of the summary judgment deadlines in this action. The parties' desire to conduct a mediation session in late July does not justify extending the scheduling order deadlines by more than a month. Good cause not shown, the request is **DENIED**.

      **IT IS SO ORDERED.**

Dated: June 10, 2013.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE