IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCIA WILLOW,

    Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, PANDORA MEDIA, INC., LONG TERM DISABILITY PLAN,

    Defendants.

No. C 12-06453 WHA

**ORDER RE NOTICE OF SETTLEMENT AND CONTINUING HEARING**

The Court acknowledges and thanks the parties for their notice of settlement but cautions that all deadlines remain in place until a dismissal is filed. Due to the Court's unavailability on July 18, the hearing on defendants' motion for summary judgment is **CONTINUED** to **AUGUST 1, 2013, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE