United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCIA WILLOW,

      Plaintiff,

    v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,
PANDORA MEDIA, INC.,
LONG TERM DISABILITY PLAN,

      Defendants.

                                    /

No. C 12-06453 WHA

**ORDER RE NOTICE OF
SETTLEMENT AND
CONTINUING HEARING**

The Court acknowledges and thanks the parties for their notice of settlement but cautions that all deadlines remain in place until a dismissal is filed. Due to the Court's unavailability on July 18, the hearing on defendants' motion for summary judgment is **CONTINUED** to **AUGUST 1, 2013, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated:   July 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE